ATTORNEYS AT LAW

**TYDINGS & ROSENBERG** LLP

100 EAST PRATT STREET
BALTIMORE MARYLAND 21202
410/752-9700
FAX 410/727-5460

WASHINGTON DC OFFICE
202/296-1642
FAX 202/828-4130

**DANIEL S. KATZ**
410/752-9725
dkatz@tydingslaw.com

March 31, 2003

*VIA ELECTRONIC FILING*

The Honorable William D. Quarles
United States District Court
  For the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland  21201

      Re:    **American Office v. FCI Inc.**
                **Civil Action No. WDQ 02-502**

Dear Judge Quarles:

      I have been notified by the clerk's office that this case has recently been assigned to you. Judge Smalkin had previously requested an update by March 31, 2003, as to the status of settlement. A settlement agreement has been prepared and has been sent by my client to a representative of the defendant. The defendant's representative advised my client that he would sign and return the agreement this week. Once I receive the signed agreement, the parties will promptly file a stipulation of dismissal.

      Thank you for your consideration in this matter.

                                    Respectfully,

                                    Daniel S. Katz

DSK:el

cc:     Jeffrey M. Yeatman, Esquire (via e-filing)

#336545