IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| AMERICAN OFFICE OF VIRGINIA, INC., | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. WDQ 02-502 |
| FCI, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their respective counsel, hereby stipulate, pursuant to Fed. R. Civ. P.41, to the dismissal with prejudice of the plaintiff's claims against defendant, with each party to bear its own costs.

_____
Daniel S. Katz
 Tydings & Rosenberg LLP
 100 East Pratt Street
 26th Floor
 Baltimore, Maryland 21202
 (410) 752-9700

_____
Jeffrey M. Yeatman
 Piper Rudnick LLP
 6225 Smith Avenue
 Baltimore, Maryland 21209
 (410) 580-4289

#347911